UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

LINDA B. SHUFFMAN,                                       :
                                                         :
                                    Plaintiff,           :
                                                         :
                    -against-                            :
                                                         :
CHELSEA DAY SCHOOL INC., JEAN                            :        23-CV-09291 (VEC)
ROSENBERG, individually, Doe 1, individually,           :
Doe 2, individually, Doe 3, individually, Doe 4,        :        ORDER
individually, Doe 5, individually, Doe 6,               :
individually, Doe 7, individually, Doe 8,               :
individually, Doe 9, individually, Doe 10,              :
individually, Doe 11, individually, Doe 12,             :
individually,                                           :
                                                        :
                                    Defendants.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        IT IS HEREBY ORDERED that the Court will hear oral argument on Defendants'

Motion to Dismiss Plaintiff's Fourth and Seventh Causes of Action (Dkt. 23) on **Thursday,**

**August 8, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  **July 19, 2024**
       **New York, NY**                          _____
                                                      **VALERIE CAPRONI**
                                                  **United States District Judge**