UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LINDA B. SHUFFMAN,                           :
                                             :
                              Plaintiff,     :
                                             :
             -against-                       :
                                             :
CHELSEA DAY SCHOOL INC., JEAN                :     23-CV-09291 (VEC)
ROSENBERG, individually, Doe 1, individually,:
Doe 2, individually, Doe 3, individually, Doe 4, :     ORDER
individually, Doe 5, individually, Doe 6,    :
individually, Doe 7, individually, Doe 8,    :
individually, Doe 9, individually, Doe 10,   :
individually, Doe 11, individually, Doe 12,  :
individually,                                :
                                             :
                              Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 8, 2024, the parties appeared for oral argument on Defendants' Motion to Dismiss Plaintiff's Fourth and Seventh Causes of Action;

IT IS HEREBY ORDERED that, for the reasons set forth by the Court at oral argument, Defendants' Motion to Dismiss Plaintiff's Fourth and Seventh Causes of Action is GRANTED and Plaintiff's request for leave to amend the Complaint is DENIED.  The Clerk of the Court is respectfully directed to close the motion at Dkt. 23.

IT IS FURTHER ORDERED that the parties must meet and confer and submit a Civil Case Management Plan and Scheduling Order for the remaining causes of action not later than **Thursday, August 22, 2024.**  The parties are directed to consult the undersigned's Individual Rules of Practice in Civil Cases, as well as the template for the Case Management Plan and Scheduling Order, on the Court's website: https://nysd.uscourts.gov/hon-valerie-e-caproni.

**SO ORDERED.**

**Date: August 8, 2024**
      **New York, NY**

_____
    **VALERIE CAPRONI**
**United States District Judge**