UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA B. SHUFFMAN,

        Plaintiff,

-v-

CHELSEA DAY SCHOOL INC., et al.,

        Defendants.

CIVIL ACTION NO.: 23 Civ. 9291 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held on Monday, October 7, 2024, a further conference to continue settlement discussions is scheduled for **Friday, October 25, 2024 at 10:00 a.m.** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:     New York, New York
            October 8, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**