**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA B. SHUFFMAN, | Case No. 1:23-cv-09291-VEC |
| Plaintiff, | |
| v. | NOTICE OF MOTION |
| CHELSEA DAY SCHOOL INC., JEAN ROSENBERG, individually, Doe 1, individually, Doe 2, individually, Doe 3, individually, Doe 4, individually, Doe 5, individually, Doe 6, individually, Doe 7, individually, Doe 8, individually, Doe 9, individually, Doe 10, individually, Doe 11, individually, and Doe 12, individually, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants Chelsea Day School Inc. and Jean Rosenberg, through their undersigned attorneys, Whiteford, Taylor & Preston, LLP and Milber Makris Plousadis & Seiden LLP, will move, pursuant to Federal Rules of Civil Procedure 45 and 26(c), before the Honorable Valerie E. Caproni, United States District Court for the Southern District of New York, Thurgood Marshall, United States Courthouse, 40 Foley Square, Courtroom 443, New York, NY 10007, at a date and time to be set by the Court, for an Order: (1) quashing or alternatively, modifying the subpoenas issued by Plaintiff for Petal Modeste and James Wiggins to testify at a deposition and produce documents (and to James Taylor to produce documents), or (2) granting a protective order, and (3) granting such other and further relief as the Court deems just and proper. In support, Defendants submit their Memorandum of Law dated October 28,

2024, which is being filed contemporaneously with this notice and the Declaration of Lisa M. Brauner, Esq., dated October 28, 2024, with Exhibits A through C, which is being filed contemporaneously with this notice.

Dated: New York, New York
October 28, 2024

**WHITEFORD, TAYLOR & PRESTON LLP**

By: */s/ Lisa M. Brauner*
Lisa M. Brauner, Esq.
444 Madison Avenue, 4th floor
New York, NY 10022
(646) 618-8655
Lbrauner@whitefordlaw.com

***AND***

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By: */s/ Elizabeth Gorman*
Elizabeth Gorman, Esq.
Tyler Levenson, Esq.
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
Egorman@milbermakris.com
Tlevenson@milbermakris.com

*Attorneys for Defendants Chelsea Day School Inc. and Jean Rosenberg*

TO:  **VIA ECF**
Helen D. Reavis, Esq.
Ethan M. Krasnoo, Esq.
Alice K. Jump, Esq.
Reavis Page Jump LLP
Attorneys for Plaintiff
41 Madison Avenue, 41st Floor
New York, NY 10010
P.: 212-763-4100
F.: 212-763-4141
Hreavis@rpjlaw.com
EKrasnoo@rpjlaw.com
AJump@rpjlaw.com

The motion is DENIED without prejudice. Defendants must comply with Rule 3(B)-(C) of the Undersigned's Individual Practices in Civil Cases regarding discovery disputes. As explained in the Individual Practices, any party wishing to raise a discovery dispute with the Court must first meet and confer in good faith with the opposing party, in person or by telephone, in an effort to resolve the dispute. If this process fails and the Court's intervention is required, the parties must jointly call Chambers to schedule a joint teleconference with the Court for prompt resolution of the dispute. The Court will determine during the teleconference whether additional submissions will be required. **Parties should not make written submissions regarding discovery disputes absent Court permission.**

SO ORDERED.

10/29/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE